**Order entered October 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00685-CV

**TIFFANY LONG AND ALL OCCUPANTS, Appellant/Cross-Appellee**

**V.**

**PARATHEKE ENTERPRISES, LLC, Appellee/Cross-Appellant**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2021-1-195CV**

## ORDER

Before the Court is appellee/cross-appellant's October 11, 2022 unopposed first motion for extension of time to file its combined appellee/cross-appellant's brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 21, 2022.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE